09-20901.o2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-20901-CIV-ALTONAGA-BROWN

MATTIE LOMAX,

    Plaintiff,

vs.

WAL-MART STORES EAST,
et al.,

    Defendants.
_____/

### ORDER GRANTING MOTION TO DIRECT THE UNITED STATES MARSHAL TO SERVE COMPLAINT TO THE DEFENDANTS

**THIS MATTER** came before the Court on Plaintiff's Motion to Direct the United States Marshal to Serve Complaint to the Defendants (DE 9). The Court having reviewed the Motion and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**, pursuant to the Order granting Plaintiff permission to proceed in forma pauperis. The United States Marshal shall serve the complaint on the Defendants named in the Complaint, pursuant to the summonses filed by Plaintiff on April 23, 2009.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2009.

                                                          STEPHEN T. BROWN
                                                          UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Cecilia M. Altonaga
        Counsel of record
        United States Marshal